UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

UNITED STATES OF AMERICA

-against-

Darvin Jose Manzanillo Princivil

Defendant

-----------------------------------X

ORDER

26 CR 192-0012 (VB)

Vincent L. Briccetti, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include drug testing and treatment at the discretion of Pretrial Services.

Dated: White Plains, New York
July 13, 2026

SO ORDERED:

Vincent L. Briccetti
United States District Judge